IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARLOS DEGLACE                                                                                  PETITIONER
REG. #04228-017

V.                                     NO.  2:05CV00313 JLH

LINDA SANDERS, Warden,                                                                  RESPONDENT
FCI, Forrest City, AR

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Respondent's motion to dismiss (docket entry #8) is hereby granted, thereby dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice.  Judgement shall be entered accordingly.

IT IS SO ORDERED this 6th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE