IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARLOS DEGLACE                                                                    PETITIONER
REG. #04228-017

V.                                 NO.  2:05CV00313 JLH

LINDA SANDERS, Warden,                                                          RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice.

IT IS SO ORDERED this 6th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE